## Table 3

Verbatim Responses of all Confused Test Condition Participants

| Resp ID | Who Sourced, Sponsored, or is Affiliated? | Why do you say that? | What else, if anything, makes you say that? | What Other Products? |
|---|---|---|---|---|
| | | brand | | |
| 206 | Hammer | That's the car | I know the car. thge look | have no idea |
| 208 | hummer company | it looks alot like a hummer | the high cab and big tires | hummers |
| 210 | HUMMER | THE STLYE | SHAPE, SIZE | NOT SURE |
| 216 | Hummer | thats what it is | | H2, H3 |
| 220 | General Motors | Know GM makes and Markets the Hummer | nothing | GMC, Cadillac, Chevys, Pontiac, Buick |
| 221 | GM/Hummer | That's who makes it. | * | Chevrolet Cadillac |
| 223 | Hummer | Becuase it looked like a version of one. | The overall shape and size. | I don't know. |
| 224 | car dealership | Because it is a hummer! | I do not know | I do not know |
| 225 | hummer | car | look | humv |
| 229 | GMC | Because GMC is the parent company that makes GMC Trucks, Chevrolet, Pontiac, HUMMER(which is what the pictures are of) SAAB, Buick, etc. | It's a HUMMER | Different car dealers, financing, |
| 233 | GM | It looks like a Hummer | Nothing | Cadilac, Saturn, GMC |
| 240 | hummer | looks like their products | nothing | only vehicles |
| 241 | hummer | it looks like one | | dont know |
| 243 | GM hummer | gm | na | Oldsmobile |
| 251 | Hummer | It looks like the Hummers I have seen on the street. | That is what I believe the name of those types of vehicles | H2, H3 |
| 254 | hummer | that's what it looks like | nothing else | nothing |
| 260 | Hummer | It looks like one | nothing | Cars |
| 262 | GMC Hummer | Thats what it is | nothing | GMC |
| 263 | jeep hummer | that the image of a hummer | nothing | grand cherokee |
| 264 | GM | I think they put it out because of the rugedness | that is all i have eto say about the subject other than it is a HUMMER | pontiac, chevrolet, buick, cadillac, oldsmobile, arctic snow cat |
| 265 | Hummer | It looks like a Hummer | No other makers make this kind of vehicle. | not sure |
| 266 | Hummer | It looked like a Hummer | | I dont think any |
| 270 | hummer | the product is a hummer | the shape, size, very distint looks | GM is the company hummer is the product. gm puts out, chevrolets, buicks, pontiacs, lots of other vehicles, |
| 274 | Hummer | looks like a typical hummer shape that I have seen in the past | nothimg | hummer 2 and 3 |
| 276 | Hummer | Seen it before | nope | Humvee? |
| 280 | GM | I beleive they are the manufacturers of Hummers | seen the product on GM car lots | Chevy, Saturn, Pontiac, GMC |
| 284 | Hummer | Because it was a picture of a hummer | it was a hummer | no one |
| 286 | Hummer | It looks like a Hummer. | It looks exactly like a Hummer. | I think Hummer is under General Motors so they make other cars as well. |
| 288 | Hummer | The vehicle looks like a Hummer vehicle | There is no other vehicle that looks like that except Hummer | I think just vehicles |
| 289 | Hummer | That's what it is. | | Well, after looking it up, I see that it is a General Motors (Buick, Cadillac, Chevrolet, GMC, Holden, Hummer, Opel , Pontiac, Saab, Saturn, Vauxhallvehicle). |
| 291 | hummer | i have seen alot of hummers | | h2 |
| 292 | Hummer | Looks like a hummer | Nothing | Other hummers/cars |
| 294 | Hummer | they make similar looking | | H1, H2, H3 |

**Table 3**
Verbatim Responses of all Confused Test Condition Participants

| Resp ID | Who Sourced, Sponsored, or is Affiliated? | Why do you say that? | What else, if anything, makes you say that? | What Other Products? |
|---|---|---|---|---|
| | | vehicles | | |
| 296 | Hummer | I believe that is who makes it. | Nothing. | Do not know. |
| 308 | hummer | thats what it is | | h2 h3 |
| 309 | Hummer | Because it looks like a Hummer | Nothing | Nothing that I can think of |
| 317 | Hummer | It looks like a Hummer | None | Don't know |
| 318 | hummer | it looks like a hummer | prior experience from seeing cars | other cars different sizes |
| 319 | hummer | that is what it looked like... an old military hum vee | nothing | don't know |
| 324 | Hummer | I know that this vehical is a Hummer. | I know the style of this vehical and all its features | There are three versions of the Hummer |
| 332 | Hummer | Because I never hear/see any other name listed in advertisements for the hummers | nothing | i don't know |
| 333 | hummer | looks like one | | i don't know |
| 336 | hummer | That is what this vehicle looks like. | The size and shape of it | I only know vehicles and am not sure of other products. |
| 338 | hummer | cause it favors a hummer | just the way it looks like a hummer | i dont know |
| 340 | Hummer | It looks like a military vehicle | It looks a lot like the vehicles I have seen at the car dealer or on the street that was identified to me as "a Hummer." | None that I am aware of |
| 345 | Hummer | It looks like a humvee | that is it | do not know |
| 348 | hummer | because its a humvee | no one else makes that type of vehicle | h2,h3 |
| 350 | Hummer | Have seen it before | advertising | don't know |
| 351 | Hummer | Because it looks like a Hummer H2 owned by GM | nothing | H3, H4 |
| 353 | hummer | because it looks like a hummer | nothing | i don't know |
| 359 | hummer | i know what make it is | | jeep |
| 360 | GMC | They make the Hummer | The are a US car company | A large line of cars and trucks |
| 370 | Hummer | It looks like a Hummer of some sort. | Because it does look like one. | I don't know |
| 374 | hummer | i know people who have them | | dont know |
| 385 | hummer | Product looks fimiliar | unique shape and style | that is the only product I am aware of. |
| 388 | Hummer | It looks like a Hummer. it is a unique looking vehicle | What else could it be? There aren't many vehicles that look like that. | I think they just make cars. |
| 394 | Hummer | It looks like a rougher, longer H1 | grill | H1, H2, and H3 |
| 397 | GM, Hummer | I recognized it to be a Hummer H1 | Personal experience with purchase | Other Hummers, H2, H3 and all other car brands owned by GM |
| 398 | hummer | because of the suv | none | dont know |
| 404 | Hummer | Appearance of a Hummer. | Shape. | Don't know. |
| 405 | GM | I think this is a Hummer | I'm pretty familar with autos | cars and trucks |
| 406 | Hummer | It appears to be a version of the Hummer H1. | | Only vehicles that I am aware of |
| 412 | general motors | because the vehicle looks like a hummer | hummer is owned by GM. | CHEVRELOT, PONTIAC, CADILLAC, BUICK, OPEL, HUMMER, GMC, SATURN |
| 416 | Hummer | Because I've seen them. | Because it looks just like a Hummer. | don't know of any others |
| 418 | Hummer | Because it looks like the Hummer H-1 Alpha | | H-2, H-3 |
| 421 | hummer | It looks to me like hummer cars I've seen on the road | n.a | i don't know |

**Table 3**
Verbatim Responses of all Confused Test Condition Participants

| Resp ID | Who Sourced, Sponsored, or is Affiliated? | Why do you say that? | What else, if anything, makes you say that? | What Other Products? |
|---|---|---|---|---|
| 422 | hummer | looks as rugged, looks rectangular | looks like a tank | do not know |
| 423 | hummer | It looks like a hummer | The shape of the vehicle | dont know- just hummers that i know of |
| 428 | American General | That was the first gen. Hummer. Built by American General | I work for NAPA Auto Parts and I have had to find parts before for a few of them. | GMC Olds, Pontiac, Cad, Chevrolet, And so on....... |
| 430 | HUMMER | THE DESIGN OF THE VEHICLE | | THE H-2, H-3 ,THE HUMMER FOR OFFROAD AND URBAN USE AND THE MILITARRY VERSIONS |
| 431 | Hummer | Because the vehicle looks like a Hummer. | It was just a best guess. I am not sure if another company owns or produces the Hummer vehicles. | Nothing that I am aware of. Although I think General Motors may own or manufacture for Hummer so possibly other makes/models of vehicles. |
| 432 | Hummer | I recognize the vehicle shape. | nothing | other model large SUVs |
| 433 | hummer | lookslike 1 | | hummer2 |
| 438 | hummer | looks like one | nothing | hummers |
| 443 | Hummer | Because a Hummer has a very unique look to it that ONLY that make has, no other car looks anything like it. | | The H2, the H3 |
| 444 | Hummer | It looks like one | Nothing | Don't know |
| 452 | Hummer | It looks like a Hummer. | The body style. | I don't know. |
| 453 | Hummer | I have no idea, but it looks like something... like that. | | Old looking cars? |
| 455 | Hummer | Hummer has 2 trucks out now that looks like that style. | They style, rugged look. | H3 and H5 |
| 458 | GM/Hummer | General Motors makes Hummers, it looks like a Hummer | General shape of the vehicle. | Hummer makes the original hummer, H2 and H3. |
| 465 | Hummer | Looks similar to the Hummer models currently available. | | Many it is a part of GM |
| 466 | hummer | I think I have seen them before at a Hummer dealership and on the road | | None that I know of |
| 467 | Hummer | It is a Hummer vehicle. | Nothing else. | Car accessories. |
| 469 | hummer | .. it's a hummer? | na | i dont know |
| 474 | Hummer | Because I know that is the original Hummer. | | The newer line of Hummers. |
| 476 | GM | Because it looks like an older Hummer and I think that Hummber is a GM product. | nothing | I think they own Chevrolet, Pontiac and Buick....also Cadillac but I'm not 100% positive. |
| 477 | gmc | they make hummers | na | dont know |
| 478 | Hummer | Because it looks like a hummer. | hummer has a specific style and look. | As far as I know it puts out Hummers, Humvee's, H20. |
| 480 | GM- Hummer | Because I believe it is so. | It looks like a hummer | silverrado |
| 482 | GM | Because it is a Hummer made by General Motors | the looks | cars |
| 483 | hummer | I don't know who manufactuers the hummers it looks like a hummer to me | | don't know the manufacturer |
| 488 | hummer | na | na | na |
| 491 | Hummer | It Looks like one. | Nothing | H2 H3 |
| 497 | Hummer | Because it looks like a Hummer in some ways. | It's square and boxy like a Hummer | I don't know. |
| 498 | hummer | I don't know if that is the name of the vehicle, or who makes it. So I'm guessing that is who makes it. | - | I dont know |

**Table 3**
Verbatim Responses of all Confused Test Condition Participants

| Resp ID | Who Sourced, Sponsored, or is Affiliated? | Why do you say that? | What else, if anything, makes you say that? | What Other Products? |
|---|---|---|---|---|
| 499 | hummer | hummer bought the rights from the govt. | nothing | h1,h2,h3 |
| 501 | Hummer | Actualy I believe it is Chrysler, Hummer is the model. | Nothing | Not sure |
| 502 | hummer | I recognize it as a hummer | no | don't know |
| 506 | hummer | it looks like a Hummer. | its big | dont know |
| 507 | General Motors | because a Hummer is a general motors product | | Chevrolet, pontiac buick gmc cadillac saturn |
| 511 | GM | Because it is the original commercial Hummer | nothing | Cars and trucks |
| 513 | hummer | looks like one | nothing else | hummer 3, hummer 2 , hummer |
| 516 | hummer GM | it's a Hummer | n/a | The Hummer line H1 H2 H3 |
| 517 | Hummer | Because that is definitely a Hummer. | Don't know. | Don't know |
| 519 | hummer | they have cars like that | nothing | sedans |
| 520 | Hummer | Because the vehicle shown looked like the original Humvee, the one before the H2. | | The Hummer H2 and the Hummer H3 |
| 522 | GM | in Vegas we participated in a GM test drive and one of the vehicles was a hummer | nothing | corvettes |
| 524 | hummer, gm | the general look of the vehical | nothing, if caught me right away | cars trucks and suv |
| 525 | Hummer | Looks like a humvie | it just looks like its in the hummer class | Not sure |
| 531 | Hummer | It looks like a Hummer | Nothing, its a Hummer | H2, H3 |
| 535 | hummer | It looks like the Hummers I have seen on the road and TV | | I don't know |
| 538 | Hummer | I have seen this car on the road | nothing | not sure |
| 539 | Hummer | Because it is a hum-v, made for the military | | off-road vehicles |
| 541 | hummer | that is the car that it looks like with the square sides and boxy shape | nothing | military vehicles |
| 543 | Hummer | Because it is a Hummer. | | Just different models of Hummers |
| 544 | hummer | it looks like a hummer | nothing | don't know |
| 546 | Hummer | Because I recognize Hum-V vehicles from the road. | not sure | not sure |
| 553 | hummer | because it looks like a hummer | | not sure |
| 558 | hummer | it looks like a hummer... | nothing | different models.. |
| 561 | Hummer | It Has The Classic "Hummer" Look | There Are No Other Vehicles Like It | All Terain Vehicles |
| 563 | JEEP | IT LOOKS LIKE A HUMMER BUT I DONT KNOW WHICH COMPANY BUILDS THEM | | SPORTS UTILITY VECHELES |
| 571 | GM | It looks like a hummer | looks more like a military hummer | Vehicles |
| 572 | Hummer | It resembles a Hummer | Nothing | Hummer2,Hummer3 |
| 575 | gm | IT'S A HUMMER, MADE BY GM. | I know what they look like! | Cars & Trucks |
| 576 | hummer | i seen hummer cars on the road | n/a | dont no any other |
| 583 | hummer | looks like the design | none | thats about it |
| 590 | hummer | because it is a hummer vehicle | | hummers |
| 592 | hummer | it looks like a hummer | just the looks | not sure |
| 594 | GM | it's a hummer | | cars |
| 595 | Hummer | It looks like a Hummer. | n/a | Dont know |

**Table 3**

Verbatim Responses of all Confused Test Condition Participants

| Resp ID | Who Sourced, Sponsored, or is Affiliated? | Why do you say that? | What else, if anything, makes you say that? | What Other Products? |
|---|---|---|---|---|
| 600 | hummer | hummer has a similar product line | just the looks of the vehicle | not sure |
| 602 | Hummer | It looks like a Hummer | Nothing, it is based on looks. | Humvee, H2 - all vehicles I believe |
| 608 | Hummer | It looks boxy like they do | no | Hummer 3 |
| 611 | Hummer | because i know what the product is | none | not sure |
| 613 | Hummer | Because it looks like a humvee to me. | nothing besides my first response | not sure |
| 614 | hummer | because its a hummer | unknown | dont know |
| 616 | gm | vehicle reminds me of a hummer | nothing | vans, cars, trucks, suv's |
| 620 | hummer | i have seen advertisements | commercials | dont know |
| 624 | Hummer | Looks like a hummer from all sides | nothing | do not know |
| 626 | hummer | because it looked like a hummer | nothing | dont know |
| 629 | Hummer | distinctive look of a Hummer | No other model is similar in looks to the Hummer | smaller version of the Hummer, accessories such as snow removal products, etc. |
| 632 | hummer | it looks like one | nothing | only suvs/military vehicles |
| 640 | hummer | it looks like an h2 made by hummer | | h3 and h2 |
| 641 | Hummer | because it looks just like a hummer | the shape, and style of it | I don't know. |
| 649 | hummer | it looks like an h2 | looks | i dont know |
| 651 | Hummer | This is the brand of vehicle. | By the way it looks. | H2 |
| 654 | Hummer | because it is a hummer | looking at the different views of it | no idea |
| 656 | General Motors | I think they are the company that makes the vecihle | I think GM makes the Hummer | Caadillac,Pontiac,Saturn,Chevy trucks,Chevrolet |
| 659 | Hummer | It just looks like either a Hummer or a jeep. | It's boxy | Don't know |
| 660 | hummer | I'm familiar with hummers | it unmistakably looks like a hummer | humvees, accessories for cars |
| 664 | hummer | thats what i think | design | don't know |
| 665 | Hummer | looks like one of their products | the style is uique to them | not sure |
| 670 | hummer | its a hummer | nothing | don't know |
| 676 | hummer | cause it looks like a hummer | nothing else | other veicles |
| 679 | hummer | Looks just like one. | tires, design | dont know |
| 686 | HUMMER | IT LOOKS LIKE A HUMMER H-1 | NOTHING | H2, H3 |
| 688 | Hummer | Looks like one | Looks like one | Other SUVs |
| 693 | Hummer | looks like a hummer | nothing | i am not aware of any other products besides vehicles |
| 696 | Hummer | It looks like one. | n/a | Hummers |
| 698 | Hummer | Because it is a Hummer. Don't know the actual company maker name | none | don't know |
| 705 | Hummer | That's what it looks like to me, a Hummer. | | H2, and H3. Both of which are released by GM. |
| 713 | Hummer | It looks like the other automobiles Hummer sells. | Don't know. | H2, H3 |
| 715 | Hummer | Hummer SUV made by General Motors | No | Other similar SUVs |
| 716 | Hummer | the shape and size of the windows, the door shapes and door handles | overall shape and size | I don't know |
| 718 | Hummer | It looks like a Hummer because of the width of the suv | The way it is made and designed | Nothing I know of |

**Table 3**

Verbatim Responses of all Confused Test Condition Participants

| Resp ID | Who Sourced, Sponsored, or is Affiliated? | Why do you say that? | What else, if anything, makes you say that? | What Other Products? |
|---|---|---|---|---|
| 719 | Hummer | I know thats the name of the vehicle | Because I have seen them before and know people who have used or owned them | Not sure. Other vehicles? Military equipment? |
| 720 | hummer | Because it looks like previous products from their company | It is a large box shaped SUV | Just SUVs |
| 722 | hummer | i see them a lot on the roads, be it h2 or h2 even | advertising in tv specifically | don't know |
| 723 | Hummer | Because it looks just like a Hummer. | it has the same shape and look as a Hummer. | As far as I know only automoblies |
| 724 | hummer | it looks like a hummer and is built like one | hummers are not like cars and trucks so they stand out from all the others | i do not know. i have never researched hummers |
| 727 | Hummer | Looks like all the other Hummers | nothing | nonw |
| 729 | Hummer | Becaues it was a Hummer vehicle, the older style, like the military issue but with civilian technology. | | h2, and h3 models |
| 732 | Hummer | It looks like a military hummer | I have enjoyed the pleasure of driving one that a friend of mine has owned | h2 and the h3 |
| 735 | HUMMER | It looks like a hummer | | None that I know of |
| 737 | Chrysler | Hummer is a division of Chrysler | I'm smart? | 300, Sebring, Town and Country, Crossfire, PT Cruiser |
| 738 | hammer | because it is similar to hammer models | nothing | i don't know |
| 740 | hummer | that their product | na | clothes |
| 743 | hummer | it looks exactly like a hummer, without the chrome. | the picture | other sizes of hummers |
| 744 | hummer | The vehicles looks | vehicles shape | Don't know |
| 746 | Hummer | It looks like Hummer | nothing | Dont know |
| 747 | Hummer | Because the truck looks like a Hummer | Nothing | Unsure |
| 748 | Hummer | That's what the vehicle is - if there's a "company name" beyond that, I don't know what it is. | | H2 and H3 |
| 753 | Hummer | Body Style is similiar | nothing. | I don't know. |
| 754 | hummer | it looks like a H2 | nothing else | just cars |
| 757 | Hummer | That is what it looks like | nothing - just the looks | no idea |
| 765 | Hummer | It has many of the features of the Hummer line | nothing | Since the Hummer line is a General Motors line, I could say that GM makes other lines of cars and trucks. |
| 766 | Hummer | That what the vehicle looks like to me. | The construction of the vehicle. | none that I am aware of. |
| 771 | Hummer | It's the brand name | they are very well-known | GMC I believe they are associated with |
| 773 | hummer | that is what was displayed and I can't think of any other name for the company | I think that is the right answer | nothing else that I can think of |
| 776 | Hummer | That is the name of the vehicle | I think it is made by JEEP | Jeep, Chrysler, Buick |
| 777 | hummer | it looks like a hummer | nothing | dont know |
| 779 | hummer | It looks like a hummer. | nothing. | I do not know. |
| 780 | hummer | Shape and layout | style | no idea |
| 783 | GMAC | It looks like a Hummer and I figured GMAC made them. | GMAC if a big with cars. | Just cars |
| 784 | hummer | It looks like a Hummer | no other reason | I do not know |
| 787 | Hummer | It looks like a hummer automobile because it looks | Large tires square shape | Other models of the vehicle |

**Table 3**
Verbatim Responses of all Confused Test Condition Participants

| Resp ID | Who Sourced, Sponsored, or is Affiliated? | Why do you say that? | What else, if anything, makes you say that? | What Other Products? |
|---|---|---|---|---|
| | | very large and can handle very harsh land conditions. | | |
| 788 | Hummer | Because it looks just like a military hummer | I know a hummer,because they are a very distinct designe | Don't know |
| 791 | Hummer | It looks like the known style for that company. | It just looks like the companies style. | not sure |
| 794 | hummer | it is a hummer | nothing | do not know |
| 795 | Hummer | GM | Hummer | GM - Chevrolet, Pontiac |
| 796 | hummer | lookers like a humvee | nothong | noyhing |
| 797 | GMC | We have a Hummer and that is who put's it out | Nothing else | Don't know |
| 800 | hummer | because the design of the car makes me think that this is the name of the car company that puts the car out | just looking at it quickly | that's the only product that I know that they put out |
| 806 | Hummer | Because it looks as ugly and boxy as the hummers I've seen on the street | | I don't have a clue |
| 808 | hummer | that's what it looks like, either that or Jeep | the size, shape and body style | hummer2 and hummer2 I believe |
| 811 | General Motors | It looks like a Hummer, which I think is made by GM. | Don't know. | Cars, trucks, vans, SUVs. |
| 814 | hummer | b/c that's their name | | don't know |
| 815 | hummer | it looks like a Hummer. | thaat is the vehicle. | accessories for the hummer |
| 818 | AM General | Humvee | Looks like a Hummer H1 | Military equipment |
| 822 | hummer | Becase thats what it is | nothing else | hummer h2, h3 |
| 823 | Hummer | Because it resembles the H1 | | H1 H2 H3 |
| 826 | hummer | it is a hummer | na | dont know |
| 827 | General Motors | Because they are the maker of the Hummer | I recognize the vehicle | Buick, Pontiac, GMC, Chevrolet, Saturn, Cadillac |
| 828 | gm | I know that it is a hummer, and I thought that gm made them. | just what I thought | pontiac, chevrolet, gmc, oldsmobile, cadillac, and buick |
| 830 | Hummer | It resembles, looks exactly like the old hummers and the ones the use in the military. | Nothing else really, they just look exactly alike. | Don't know. |
| 831 | GM | I think they are the paretn corp of Hummer | na | H1 and H3 of the hummer lines |
| 833 | Hummer | Because that vehicle looks like a hummer to me so I thought that was the company. | nothing | the h2, h3, hummer. Different suvs at are hummer oriented |
| 835 | Hummer | It looks like vehicles that I have seen before, which are produced by this company. | Nothing. | H, H2, H3 |
| 837 | hummer brand | looks kind of like a hummer but somewhat like a land rover | it's boxyness | cars and trucks |
| 838 | Hummer | Because it appears to be a Hummer | I though I knew what a Hummer looks like | Hummer H1, H2 and H3 I believe |
| 841 | hummer | Looks similar to there vehicles | Nothing | Not sure |
| 842 | Chevy | It looks like a Hummer and I think Chevy makes Hummers | nothing | dont know |
| 847 | Hummer | It looks exactly like a Hummer. | It just looks like a Hummer to me. | I think they also put out Cadillacs |
| 848 | Hummer | The body style and look | | H1, H2, H3 |
| 851 | Hummer | It looks like a Hummer SUV | It has the same military vehicle looking style | Don't know |
| 852 | hummer | because i know what the older ones looked like, and that was it. The only thing i | | i believe thats it |

**Table 3**
Verbatim Responses of all Confused Test Condition Participants

| Resp ID | Who Sourced, Sponsored, or is Affiliated? | Why do you say that? | What else, if anything, makes you say that? | What Other Products? |
|---|---|---|---|---|
| | | am not sure is if hummer is the name of the model, or if it is the make....i am not sure. | | |
| 853 | GM - Hummer | that is the answer to your question | nothing | other vehicles |
| 857 | hummer gmc | it is known all over the world | none | h3 |
| 859 | hummer | it looks like one | nothing | not sure |
| 862 | Hummer | Looks like a hummer | n/a | H2 H3 |
| 865 | Hummer | Because of the vehicle design | Its a one of kind vehicle | dont know |
| 867 | Hummer | It looks like one | | ? |
| 869 | hummer | it looks like a hummer | | trucks |
| 871 | hummer | seen it before | | h1 |
| 872 | Hummer | It looks like an army type Hummer | | H2, H3, etc. |
| 873 | HUmmer | I recognize the vehicle | N/A | None |
| 878 | gm hummer | It looks like a hummer to me | nothing | nothing that i know of |
| 879 | GM HUMMER | gm is the parent company for the hummer vehicles, and it looks like a hummer, but old. | nothing else | Automotive, Truck, Appliances, Gmac, |
| 881 | hummer | Looks like that type of vehicle | N/A | don't know |
| 885 | Hummer | Looks like the style of one | the shape | don't know |
| 887 | hummer | it looks somewhat like the huumers i've seen on the road so i thought it might be their latest model | nothing- just looks like a hummer | gm's- hummer radios, flashlights, special tires or wheels |
| 889 | Hummer | i recognize the body shape of a vehicle that is commonly known as the Hummer | don't know | hummer USA government |
| 890 | Hummer | Because that is what it looks like | its big | don't know |
| 899 | hummer | It looks like it. | It looks like a hummer | I don't know |
| 902 | GM | It looks like a Hummer. | The style is very distinctive to a hummer. | pontiac,chevy,buick,oldsmobile |
| 904 | Hummer | Because it looks like a hummer. | its a hummer | No clue. |
| 910 | Hummer | because it looks like a hummer | | GMC puts out cars, trucks and SUV's, H2 and H3 |
| 913 | Hummer | Thats what I have been told at some point | DOnt know | Other hummers. .? |
| 917 | hummer | because it looks like a hummer | nohting | dont know |
| 919 | HUMMER | Because its a Hummer H1, which is quite possibly the coolest car ever. | I have an H2 and know what an H1 looks like | H2, H3, Hummer accessories |
| 920 | Hummer | It's a Hummer H1 | nothing | H2 and H3 |
| 921 | Hummer | It looked like military vehicles and I have seen hummers before. | Nothing. | tanks, passangers cars, etc. |
| 922 | HUMMER | Because the vehicle is a Military Vehicle that bears a strong resemblance to a Hum V. | | Hummer H2 |
| 924 | general motors hummer | that is who make it. no their own company | shop around | buick chevy caddy olds pont |
| 925 | HUMMER | It's shape and design looks similar to vehicles from the HUMMER company | Solid, rectangular look | Vehicles for the Military |
| 929 | Hummer | It looks like a Hummer but with a long tail end | The front veiw it looks just like a Hummer | H1 Hummer H2 Hummer and H3 Hummer |
| 930 | Hummer | I've seen Hummers, and your pictures look like a Hummer. | | I don't know |
| 931 | Hummer | Because the vehicle looks just | | Other vehicles. |

**Table 3**
Verbatim Responses of all Confused Test Condition Participants

| Resp ID | Who Sourced, Sponsored, or is Affiliated? | Why do you say that? | What else, if anything, makes you say that? | What Other Products? |
|---|---|---|---|---|
| | | like a Hummer. | | |
| 935 | Hummer | It looks like the same basic design | | No idea |
| 936 | chevelot | i believe that is the company that makes the hummer | chevelot has the hummer now | automobiles is the only thing that i know of |
| 940 | hummer | because it is a hummer | nothing | nothing |
| 943 | hummer | because it's a hummer | self-evident | hummers |
| 944 | hummer | looks like a hommer stripped down | none | gm |
| 945 | GM | I'm pretty sure that GM puts out the Hummer, I'm pretty good with cars | I see a Hummer everyday | in assoc with Dodge |
| 947 | Hummer | It is similar in construction to the Hummer brand vehicles | nothing | Large SUV's |
| 948 | Hummer | Because Hummer's vehicles are very unique. I am also in the military and recognize the civilian version. I believe it is called the H1 if I am not mistaken. | I also remember when they first came out that Arnold Schwarzenegger drove one. | I do believe that they make the H2, which is the new full size and the H3, which is smaller. |
| 951 | hummer | because it looks like a hummer | | h2 and h3 |
| 956 | hummer | it looks like a hummer | nothing | don't know |
| 959 | hummer | that is name of vehicle | na | dont know |
| 960 | hummer | the shape and look | | not sure |
| 961 | Hummer | looks like a Hummer | appearance | don't know |
| 964 | hummer | gm | | none |
| 975 | hummer | looks like a hummer | saw ads for hummer | dont know |
| 976 | hummer | I believe that is the brand of vehicle that this is | no response | no response |
| 978 | hummer | it looks like a hummer | nothing | other models of hummer |
| 980 | GM Hummer | It looks like a Hummber and Iknow that GM owns Hummer | Nothing | GM has a large line of vehicles I believe Hummer only puts out this type of vehicle |
| 981 | Hummer | It looks like a Hummer | na | Cars |
| 989 | hummer | it looks like a hummer to me | the size and shape | i dont know |
| 995 | hummer | that's what it looks like?????? | na | hm2 |
| 1010 | Hummer | Because the car looks like a hummer. | Nothing | I don't know |
| 1011 | hummer | i drove hum vees in the army | i know this vechile | none |
| 1017 | Hummer | its a humm vee truck | thats it | trucks |
| 1021 | gm | hummer is produced by gn | | corvette, camaro |
| 1022 | GM | Cuz I know what a hummer is | | cars and trucks |
| 1026 | Hummer | Because i recognize the vehicle | Because the hummer is a unique body style | ? dont know |
| 1033 | Hummer | Because it Hummer's have a distinct look to them. | | nothing to my knowledge |
| 1036 | Hummer | Because that's who makes the vehicle | | H1 H2 and H3 |
| 1038 | Hoomer | That's what I know | nothing else | dont know |
| 1042 | Hummer | It looks like a Humvee | | I don't know of any other than several models of the Humvee |
| 1046 | GM | General Motors makes the Hummer and that looked like a Hummer to me. | | General Motors puts out other brands of car including Chevrolet, Cadillac, and GMC. |
| 1050 | Hummer | It resembles their particular style in vehicles | I have seen vehicles closely resembling the one pictured and it was manufactured by hummer | they also manufacture many other makes and models of vehicles |
| 1051 | gmc | they make the hummer | they make these for the army | cars |

**Table 3**
Verbatim Responses of all Confused Test Condition Participants

| Resp ID | Who Sourced, Sponsored, or is Affiliated? | Why do you say that? | What else, if anything, makes you say that? | What Other Products? |
|---|---|---|---|---|
| 1052 | Hummer | Because It looks like one | Nothing | I dont know |
| 1054 | gm | Hummer is a product sold at Chevrolet dealers | Seen it | Trucks, Cars |
| 1060 | hummer | it looks like a hummer | | hummer h2, h3 |
| 1063 | gmc | HUMMER vehicle | | vehicles |
| 1064 | GM | It is their product "hummer" | I know cars | Pontiac |
| 1069 | Chrysler/Hummer | It's a Hummer. | | Viper |
| 1070 | Hummer | It looks like a hummer | It's very square | military vehicles |
| 1074 | hummer | its a humvee | looks like one | no idea |
| 1083 | hummer | it looks like one of their vehicles | over sized vehicles, off-road & a gas gusler | other larger vehicles |
| 1087 | hummer | looks like a hummer | nothing | nothing |
| 1088 | Hummer | Because it's a Hummer truck...not sure if another company bought the line though...I think so. | Nothing else. | Trucks only. |
| 1090 | gm | believe that Hummer is a division of general motors | | cheverolet, gmc, buick, pontiac, saturn, saab, cadilac vehicles |
| 1095 | hummer | Not sure if Hummer is a company or a type of vehicle, but that's what I would call a vehicle that looks like that. | It's shape. | not sure |
| 1098 | AM General | It looks like a HMMWV (military Hummer) that's been modified. | The hood, vehicle sides and rear end are very similar to the HMMWV. The suspension and tires are not. The rear of the body has been changed. | Military vehicles, i.e., line haul tractors, large trucks, engines and accessories. |
| 1100 | Hummer | Because it looks like a Hummer. | I do not know. | cars |
| 222 | Hummer | That their name | N/A | N/A |
| 255 | gm | na | its a hummer | na |
| 363 | hummer | i don't know | | military truck |
| 384 | government | hummers were used in the military first | nothing | don't know |
| 439 | the Army | Looks like a tank of some sort. not really sure | it is big and looks somewhat like a tank or hummer | I don't know for sure |
| 459 | United staes army | It looks like a hummer they use | Ive seen Milatary personal use them and they are on every base ive been to | I dont know |
| 479 | the company who makes hummers | I don't know | | Exotic vehicles |
| 559 | no idea, the company that makes the hummer for the military | because the military was the main user of the vehicle until they became commercialized | nothing | no clue |
| 621 | Who ever made the Hummer brand. | No company could get away with stealing a idea for a entire car. | nothing | ? |
| 639 | general motors | i think that gm makes hummer | nothing else | not sure |
| 655 | hummer | think they own brand | nothing | different vehicles |
| 666 | the military | i believe a hummer is based on military vehicles | i have seen these on the t.v from footage of the war | i do not know |
| 844 | hummer | ? | n/a | hum vee, h2, & h3. |
| 752 | Hummer | very similar in apperance, military like | | not sure |
| 915 | hummer or jeep | looks familiar | | similiar vehicles |
| 999 | hummer | looks like a hummer but I think made by another car company | | Frd I think so many other models |

103. Table 4 below provides the verbatim responses of control condition respondents who were confused as to source, sponsorship, or business affiliation (all responses are unedited for spelling, punctuation, or grammar).

**Table 4**
Verbatim Responses of all Confused Control Condition Participants

| Resp ID | Who Sourced, Sponsored, or is Affiliated? | Why do you say that? | What else, if anything, makes you say that? | What Other Products? |
|---|---|---|---|---|
| 2 | hummer | Its just looks similar, so I thought it maybe was a different version | Just the shape and the way its made | Hummers, and little hummers |
| 11 | Hummer | It has the edgy design that reminds me of a Hummer | Just that it looked substantial as far as the body is concerned. | Other Hummer trucks suvs like the H2 & such. |
| 14 | Hummer | It looks like something Hummer would produce. | | SUV's |
| 53 | Hummer | It looks sturdy just like a Hummer | nothing | none I know of |
| 54 | hummer | because it looks like a hummer in a way | it just reminds me of a hummer | not sure |
| 70 | hummer | looks like an h3 | big tires | don't know |
| 84 | hummer | looks kinda like a hummer | none | hummer |
| 86 | hummer | The vehicle looks angular with high ground clearance | Workmanship is a bit simple | H1, H2, H3 |
| 88 | hummer | ugly | | h2 |
| 92 | Hummer | Hoping it was a new Hummer SUV | Love the SUV and it looks well, sturdy made with lots of rubber and great strong metal and Hummer makes SUV's that I place in that category | I don't think anything, but I am not sure. I know its not called Hummer and its put out by one of the auto companies--saw it the other day--not sure which |
| 96 | hummer | looks like one | nothing | hummer |
| 100 | Hummer | the front end looks like a hummer and the wheels look like the hummer product. | | H2, H3 |
| 103 | hummer | looks like it quite a bit better though. | na | h2, h3, jeep, etc |
| 107 | hummer | it looks like a hummer | the design of the vehicle | vehicles |
| 119 | GM | Kind of looks like a Hummer in a new look but I guess it could be foreign. | nothing | Hummer, Camaro, Monte Carlo, Impala, Tahoe, 1500 series pickups and up, and the list goes on. |
| 126 | Hummer | It looks like a new hummer | Nothing | Hummers |
| 149 | GMC | Looks like a Hummer | nothing | Hummer, Pontiac, GMC, Buick |
| 154 | hummer | It's huge | | H2 |
| 169 | Hummer | It looks like a Hummer | Nothing | Just vehicles to my knowledge |
| 200 | HUMMER | LOOKS LIKE ONE | THATS IT | DONT KNOW |
| 209 | Hummer | It looks like the products that Hummer produces. | The big wheels! I love those | H2, Hummer |
| 239 | hummer | it looks cool, looks expensive, smooth curves and probably looks like it uses alot of gas | | H1, H2 |
| 242 | hummer | it looks like an ugly hummer | its white | ugly vehicles |
| 244 | hummer | It looks a lot like one. | It has that kind of style. | I think it's just the hummer. |

**Table 4**
Verbatim Responses of all Confused Control Condition Participants

| Resp ID | Who Sourced, Sponsored, or is Affiliated? | Why do you say that? | What else, if anything, makes you say that? | What Other Products? |
|---|---|---|---|---|
| 252 | Hummer | It just looks like their product. | Nothing. | Do not know. |
| 267 | Hummer | It looks like a smaller version. | The design. | Mostly vehicles |
| 269 | hummer | style of car | grill and design of car | hummer trucks |
| 277 | hummer | it has that hummerish look or maybee jeep? | the tires, body design | h1, h2, h3 |
| 293 | hummer | It reminds me of one I saw | Because it is box-like | I don't know if there any |
| 304 | Hummer | From the side, only, it has the look of a Hummer. It seems wide and high. | It has the off road look of a hummer or jeep | Large, off road vehicles. |
| 330 | Hummer | looks in away simalar to a hum v. | The clearence off ground.Body design. | Don't know. |
| 343 | Hummer | It looks like a slightly smaller version of a Humvee. | | Hummer I & II & III |
| 361 | GM | Looks similar to a H-3 Hummer To me. | It Looks Classey. | GMC trucks, Saturns, Cheverolet, Hummers. |
| 364 | Hummer | It's ugly, it's huge, and it looks like it has a lot of off road capabilities | n/a | ugly, huge, gas guzzling SUVs that help boost male egos |
| 368 | hummer | It looks like hummer h2 modified | | orv's |
| 380 | hummer | looks similar to one | na | trucks / suv |
| 381 | Hummer | Looks like the kind of vehicle Hummer puts out | Looks like a hummer | None |
| 386 | Hummer | It looks a lot like the Hummer's | Hummer's are very large, this looks like a smaller version. | Not sure |
| 390 | hummer | cause it looks like a fricken hummer | nothing else | have no idea |
| 401 | Hummer | They make many off-road vehicles, as this appears to be | the shape of the vehicle | H1, H2, H3 |
| 403 | chevrolet | looks like a hummer | nothing | hummer,silverado,impala |
| 413 | Hummer (GMC) | It looks similar to the H3 | Nothing | A variety of different autos and trucks. |
| 426 | hummer | looks like a hum v or something that is military speced | the aerodynamics | vehicles |
| 434 | jeep hummer | the vehicles appearance is similar to jeep but looks like a hummer too. | the front headlights | jeeps, various cars and trucks and off road vehicles for military |
| 435 | jeep | it looks like either a jeep or a hummmer | the bulky shape | i cant remember |
| 449 | hummer | it looks like a variation of one. | nothing | giant trucks |
| 461 | hummer | looks similar to hummer | nothing | NA |
| 472 | hummer | it look like a hummer | nothing | i dont kow |
| 492 | Hummer | It looks like a product they would put on the market. They are know for large scale vehicles which is what it appeared to be in the picture. | I don't think anything else makes me say that. My observation is mostly based on picture observation. | H3 and H2 |
| 494 | hummer | because it looks like a hummer | nothing | i don't know |
| 523 | GM | Looks like a Hummer baby brother | the general lines and outline, the cut of the doors and hood | HUMVEE HM2, Chevrolet trucks and cars, Pontac, Cadillac, Buick, Saturn, Oldasmobile |
| 526 | GM | It looks similar to the Hummer | none | all types of trucks and cars |
| 530 | Hummer | It has the same look as the Hummer | Nothing else | Hummer car brand |
| 556 | Hummer | The lines look like those of the Hummer series of SUV's. | The high suspension. It looks higher than most SUV's. | As far as I know only SUV's. They have 3 models that I know of other than the actual military vehicle that they produce. |

**Table 4**
Verbatim Responses of all Confused Control Condition Participants

| Resp ID | Who Sourced, Sponsored, or is Affiliated? | Why do you say that? | What else, if anything, makes you say that? | What Other Products? |
|---|---|---|---|---|
| 560 | hummer sucks | because they do | too expensive, stupid commercials and careless | no comment |
| 564 | hummer | It looks like similar hummer products | nothing | h1, h2, h3 |
| 565 | hummer | it looks kinda like a hummer | nothing | hummer trucks |
| 566 | Hummer | It has that masculine, rugged look | It's unique looking | Humvee |
| 567 | hummer | It has the shape of the previous models and stands out like the hummer designs | nothing | dont know |
| 587 | Hummer | It looks like their style of vehicle | | H2 and H3 |
| 601 | Hummer | kinda looks like a modified hum-v | | vehicles ..humm-v, h2 & h3 |
| 607 | general motors | reminds me of a hummer | style | hummer,? |
| 658 | HUMMER | The aggressive look and lines of the SUV look like a HUMMER. | It looks like the designers at HUMMER were attempting to design an SUV with softer, more organic lines as compared to their current "boxy" looking models. | I don't think they put out any other products. |
| 661 | hummer | it looks like a hummer hybrid of some sort | its hideously ugly and hummers are just that. | hummer 1 2 3 |
| 667 | hummer | it resembles many features of the hummer h2, just an updated verion or new model | don't know | don't know |
| 672 | hummer | it looks like a hummer | nothing | other vehicles |
| 673 | hummmer | looks simiair to other models by them | | suvs |
| 678 | hummer | It looks like a mini hummer | rugged looking, wenchs in front and back | I don't know |
| 683 | Hummer | Because it looks like something they would put out. | n/a | The large scale Hummer and their new smaller scale Hummer. |
| 695 | hummer | The size and the look | No | Hummer, H2 H3 |
| 699 | Hummer | The heaviness of the design led me to believe it was by Hummer | The shape and design seems to indicate it is by that company. | Larger 4 wheel drive vehicles |
| 731 | GM Hummer | It looks like a Hummer vehicle | Body style | Trucks and cars |
| 733 | Hummer | From the front it looks like a Hummer, a more sportier version.. | Big tires. | don't know of any |
| 759 | hummer | style of vehicle | 4x4 | h2/h3 |
| 786 | Hummer | Looks like a sporty SUV | just the overall appearance and sleekness | Hummer1, Hummer2 and hummer3 |
| 793 | hummer | it resembles one | shape | don't know |
| 798 | Hummer | It looks like one | n/a | SUV's |
| 803 | Hummer | It looks like a hummer | no other reason | H1, H2, H3 |
| 812 | hummer | look like one | | SUV's |
| 845 | hummer | looks like a hummer | nothing | dont know |
| 870 | Hummer | It looks like a Hummer type vehicle | It's boxy | Military vehicles as well as civilian SUV's |

**Table 4**
Verbatim Responses of all Confused Control Condition Participants

| Resp ID | Who Sourced, Sponsored, or is Affiliated? | Why do you say that? | What else, if anything, makes you say that? | What Other Products? |
|---|---|---|---|---|
| 876 | Hummer | The shape of the body, overall. But also individual markings on the vehicle such as the shape of the doors. | I also believe that this vehicle may be made by Hummer because it is definitely a vehicle that is to be marketed for the offroad, yet it is designed to look good enough to appeal to those who have no intention of driving it offroad. | H1,H2, H3, H2 SUT, |
| 880 | Hummer | that is what it reminds me of | don't know | don't know |
| 892 | Hummer | It looks like a hummer. | .... | Clothing, Apparel,... |
| 893 | hummer | loks like something they would do | style | other vehicles |
| 908 | Hummer | It looks like the current Hummer models, only more futuristic, with rounder (though still blocky) edges | I imagine that Hummer would want to branch out and appeal to consumers who consider their current models too large, too harsh, and too deleterious to the environment | Hummers |
| 911 | Hummer | It looks like a off road version of a hummer. | The body style | I think the company also make cars |
| 912 | HUMMER | because it looks like other models that brand has already put out | thats it | HUMMEr H2 H3 H1 |
| 955 | Hummer | uihin7yg kuvyku v | uy 76f 66ytf ktyvf 67f yt vyuf tf jyt ft tfkuyv | 4 t34t 34t 34t 4g wreg34t erg 34t 34t 34t 3 |
| 969 | Hummer | The body of this vehicle looks like a small type of Hummer. | Hummers are very rugged and industrial looking. | I'm not sure |
| 970 | Hummer | It reminds me of their styling. | The whole Look, sturdy, large. | Car accessories |
| 986 | Hummer | It looks like a Humvee | 4-Wheel Drive and Wench...shape looks like a Hummer | Humvee, H2 |
| 987 | Hummer | It has the front end look and height of a Hummer product, only modernized design. | The overall look is one of intimidation, which to me, is a Hummer trademark. It has the ruggedness and style as well. | H2 series vehicles, military vehicles, |
| 990 | hummer | It looks similar to a Hummer | Bulky, stocky car | not sure |
| 1003 | hummer | it's large like a hummer | na | na |
| 1019 | hummer | It looks oversized like a hummer | Its unusual design | tanks and suv |
| 1028 | hummer | it looks like a newer version of a humvee | the front view | dont know |
| 1048 | hummer | has the look of a futuristic hummer | the front end and windshield | cars |
| 1058 | hummer | looks like a hummer | nothing | nothing |
| 1066 | Hummer | Bc i looks like a diffrent version of it | | SUV |
| 1067 | Hummer/GM | Vehicle has the appearance of a Hummer/HumVee | nothing | Hummer, H2, H3, Military Vehicles |
| 1072 | hummer | looks like a hummer product to me | nothing | large suv, cars, auotmobiles trucks jeeps |
| 1078 | hummer | it look like it a little | that all | jeep |
| 1085 | hummer | Looks like a contemporary version of a smaller hummer | dont jnow | Hummer, H2, H3 |
| 1099 | Hummer | It looks similar to it. | It looks like a large vehicle capable of driving on many different terrains. | H2 & H3 |
| 161 | Jeep | It looks similar to a Hummer which branched out from the Jeep. | | I don't know |
| 316 | hummer | It resembles a Hummer | nothing | I do not know |

**Table 4**
Verbatim Responses of all Confused Control Condition Participants

| Resp ID | Who Sourced, Sponsored, or is Affiliated? | Why do you say that? | What else, if anything, makes you say that? | What Other Products? |
|---|---|---|---|---|
| 495 | its either Hummer or Jeep | because it looks more like an offroad capable vehicle which is what Jeep and Hummer specialize in. | | I am unclear of what this is asking. |
| 593 | hummer | it looks like a knock off one | nothing | i dont know |
| 684 | hummer | looks like a hummer | | don't know |
| 710 | Hummer | This looks similar to the H2 & H3 vehicles. | The ruggedness of the vehicle. | Other than the vehicles, I don't know of other products. |
| 736 | hummer | it has the body style | nothing | idk |
| 934 | hummer | looks like a version of hummer | nothing | thats it |
| 1023 | us government, because it looks something like a hummer | It looks like a verhicle used in the army | I don't know, it looks like something from the future | tanks, jeeps, etc |
| 155 | maybe the hummer | just looks like a hummer like suv | nothing | who ever makes the hummer |
| 938 | General Motors | It also could be a compact version of a hummer | There are no start up companies in the auto industry anymore | Hummer, Suvs, light duty trucks |

104. Tables 5, 6, and 7 below present the test condition response distributions for each question battery--source, authorization, and affiliation respectively.

**Table 5**

Test Condition
(n=550)

Source Question Battery

- What company do you believe puts out this product?
- Why do you say that?
- What else, if anything, makes you say that?
- What other products does that company put out?

| | RESPONSE DISTRIBUTION | | | |
|---|---|---|---|---|
| | | | Unduplicated | |
| Response Category | Number | Percent | Number | Percent |
| A. Responded | | | | |
| 1. GM/Hummer | 377 | 68.5 | | |
| 2. Jeep | 26 | 4.7 | | |
| 3. Toyota | 2 | 0.4 | | |
| 4. GM/GMC/Chevy without reference to Hummer | 23 | 4.2 | | |
| 5. Ford | 8 | 1.5 | | |
| 6. Honda | 2 | 0.4 | | |
| 7. Other Car Company (Nissan, Isuzu, etc.) | 2 | 0.4 | | |
| 8. Military/US Government | 12 | 2.2 | | |
| 9. Other | 2 | 0.4 | | |
| 0. Don't Know | 0 | 0.0 | | |
| Subtotal | 346 | 62.9 | | |
| B. Don't Know | 92 | 16.7 | | |
| Total | 550 | 100 | | |

**Table 6**
Test Condition
(n=550)

Authorization Question Battery

- Do you believe the company that puts out this product:
  - A. ...did get authorization or sponsorship, that is permission, to make it.
  - B. ...did NOT get authorization or sponsorship, that is permission, to make it.
  - C. I don't know or I don't have any opinion.
- What company, firm, or organization do you believe gave permission?
- Why do you say that?
- What else, if anything, makes you say that?
- What other products are made by that company, firm, or organization that you believe gave authorization or permission?

| | Response Distribution | | | |
|---|---|---|---|---|
| | | | Unduplicated | |
| Response Category | Number | Percent | Number | Percent |
| A. Responded | | | | |
| 1. GM/Hummer | 69 | 12.5 | 13 | 2.4 |
| 2. Jeep | 6 | 1.1 | | |
| 3. Toyota | 0 | 0.0 | | |
| 4. GM/GMC/Chevy without reference to Hummer | 19 | 3.5 | | |
| 5. Ford | 1 | 0.2 | | |
| 6. Honda | 0 | 0.0 | | |
| 7. Other Car Company (Nissan, Isuzu, etc.) | 7 | 1.3 | | |
| 8. Military/US Government | 70 | 12.7 | | |
| 9. Other | 6 | 1.1 | | |
| 0. Don't Know | 92 | 16.7 | | |
| Subtotal | 270 | 49.1 | | |
| B. Did Not Get Authorization | 25 | 4.5 | | |
| C. Don't Know | 255 | 46.4 | | |
| Total | 550 | 100 | | |

**Table 7**

Test Condition
(n=550)

Affiliation Question Battery

- Do you believe the company that puts out this product:
  A. ...does have a business affiliation with another company, firm, or organization.
  B. ...does NOT have a business affiliation with another company, firm, or organization.
  C. I don't know or I don't have any opinion.
- With what other company, firm, or organization do you believe they have a business affiliation?
- Why do you say that?
- What else, if anything, makes you say that?
- What other products are made by the company, firm, or organization you believe is affiliated with the one that puts out this product?

| | RESPONSE DISTRIBUTION | | | |
|---|---|---|---|---|
| | | | Unduplicated | |
| Response Category | Number | Percent | Number | Percent |
| A. Responded | | | | |
| 1. GM/Hummer | 34 | 6.2 | 3 | 0.5 |
| 2. Jeep | 16 | 2.9 | | |
| 3. Toyota | 1 | 0.2 | | |
| 4. GM/GMC/Chevy without reference to Hummer | 46 | 8.4 | | |
| 5. Ford | 2 | 0.4 | | |
| 6. Honda | 0 | 0.0 | | |
| 7. Other Car Company (Nissan, Isuzu, etc.) | 5 | 0.9 | | |
| 8. Military/US Government | 21 | 3.8 | | |
| 9. Other | 22 | 4.0 | | |
| 0. Don't Know | 57 | 10.4 | | |
| Subtotal | 204 | 37.2 | | |
| B. Does Not Have A Business Affiliation | 44 | 8.0 | | |
| C. Don't Know | 302 | 54.9 | | |
| Total | 550 | 100 | | |

105. Tables 8, 9, and 10 below present the control condition response distributions for each question battery--source, authorization, and affiliation respectively.

**Table 8**
Control Condition
(n=550)

Source Question Battery

- What company do you believe puts out this product?
- Why do you say that?
- What else, if anything, makes you say that?
- What other products does that company put out?

| Response Category | Number | Percent | Unduplicated Number | Percent |
|---|---|---|---|---|
| | RESPONSE DISTRIBUTION | | | |
| A. Responded | | | | |
| 1. GM/Hummer | 105 | 19.1 | | |
| 2. Jeep | 80 | 14.5 | | |
| 3. Toyota | 71 | 12.9 | | |
| 4. GM/GMC/Chevy without reference to Hummer | 14 | 2.5 | | |
| 5. Ford | 12 | 2.2 | | |
| 6. Honda | 22 | 4.0 | | |
| 7. Other Car Company (Nissan, Isuzu, etc.) | 26 | 4.7 | | |
| 8. Military/US Government | 1 | 0.2 | | |
| 9. Other | 8 | 1.5 | | |
| 0. Don't Know | 7 | 1.3 | | |
| Subtotal | 346 | 62.9 | | |
| B. Don't Know | 204 | 37.1 | | |
| Total | 550 | 100 | | |

**Table 9**

Control Condition

(n=550)

Authorization Question Battery

- Do you believe the company that puts out this product:
  A. ...did get authorization or sponsorship, that is permission, to make it.
  B. ...did NOT get authorization or sponsorship, that is permission, to make it.
  C. I don't know or I don't have any opinion.
- What company, firm, or organization do you believe gave permission?
- Why do you say that?
- What else, if anything, makes you say that?
- What other products are made by that company, firm, or organization that you believe gave authorization or permission?

| | RESPONSE DISTRIBUTION | | | |
|---|---|---|---|---|
| | | | Unduplicated | |
| Response Category | Number | Percent | Number | Percent |
| A. Responded | | | | |
| 1. GM/Hummer | 27 | 4.9 | 9 | 1.6 |
| 2. Jeep | 15 | 2.7 | | |
| 3. Toyota | 22 | 4 | | |
| 4. GM/GMC/Chevy without reference to Hummer | 11 | 2 | | |
| 5. Ford | 5 | 0.9 | | |
| 6. Honda | 4 | 0.7 | | |
| 7. Other Car Company (Nissan, Isuzu, etc.) | 12 | 2.2 | | |
| 8. Military/US Government | 4 | 0.7 | | |
| 9. Other | 18 | 3.3 | | |
| 0. Don't Know | 117 | 21.3 | | |
| Subtotal | 235 | 42.7 | | |
| B. Did Not Get Authorization | 40 | 7.2 | | |
| C. Don't Know | 275 | 50.0 | | |
| Total | 550 | 100 | | |

**Table 10**
Control Condition
(n=550)

Affiliation Question Battery

- Do you believe the company that puts out this product:
  A. ...does have a business affiliation with another company, firm, or organization.
  B. ...does NOT have a business affiliation with another company, firm, or organization.
  C. I don't know or I don't have any opinion.
- With what other company, firm, or organization do you believe they have a business affiliation?
- Why do you say that?
- What else, if anything, makes you say that?
- What other products are made by the company, firm, or organization you believe is affiliated with the one that puts out this product?

| | RESPONSE DISTRIBUTION | | | |
|---|---|---|---|---|
| | | | Unduplicated | |
| Response Category | Number | Percent | Number | Percent |
| A. Responded | | | | |
| 1. GM/Hummer | 18 | 3.3 | 2 | 0.36 |
| 2. Jeep | 19 | 3.5 | | |
| 3. Toyota | 5 | 0.9 | | |
| 4. GM/GMC/Chevy without reference to Hummer | 9 | 1.6 | | |
| 5. Ford | 4 | 0.7 | | |
| 6. Honda | 0 | 0 | | |
| 7. Other Car Company (Nissan, Isuzu, etc.) | 5 | 0.9 | | |
| 8. Military/US Government | 2 | 0.4 | | |
| 9. Other | 31 | 5.6 | | |
| 0. Don't Know | 75 | 13.6 | | |
| Subtotal | 168 | 30.5 | | |
| B. Does Not Have A Business Affiliation | 48 | 8.7 | | |
| C. Don't Know | 334 | 60.7 | | |
| Total | 550 | 100 | | |

106. Although unlikely, current and former owners of Hummer vehicles may be atypically sensitive to the tests involved in

this survey. However, as noted previously, screening for this prior exposure to either the test or control stimuli would have had the negative effect of possibly cueing all respondents toward Hummer and encouraging hypothesis guessing. Therefore these measures were taken at the end of the survey so they could not affect the main variables of interest. Thirty-two respondents indicated that they currently own or had previously owned a Hummer. Interestingly, these 32 were equally distributed across the test and control conditions. The analysis was run without these respondents and proportions across conditions did not change materially[49] and all differences observed in scores across conditions were still significant ($p<.001$). Therefore these respondents were kept in the dataset.

107. Again it is possible but unlikely that past and potential builders of "kit" cars could respond atypically and thus inordinately influence the final results. Ninety-four[50] respondents indicated that they had previously participated in the building of a kit car and 127[51] indicated they expected to participate in the building of a kit car within the next three years. Again the analysis was rerun with these responses omitted and proportions across conditions did not change

[49] With current and past Hummer owners removed, 71.5% of the test condition indicated confusion and 20.4% of the control condition indicated confusion resulting in a net confusion of 50.9% immaterially different from the whole sample net confusion rate of 50.4%.
[50] 53 in the control condition and 41 in the test condition.
[51] 68 in the control condition and 59 in the test condition.

materially[52] and all differences observed in scores across conditions were still significant (p<.001).

108. Similar analysis was done for those who indicated that they or someone in their household was a lawyer by profession. 14 respondents indicated this was the case. Five were part of the control condition and nine were part of the test condition. Again, their responses were removed from the dataset and all analysis rerun. Not surprisingly, proportions did not change at all[53] the difference observed between proportions did not change (p<.001). Thus I am confident that these responses were not atypical and can be included without reservation in the final tabulations.

109. Comparing the two conditions and netting out the impact of noise and other irrelevant factors which may have lead to confusion, I find a net confusion rate in this study of 50.4 percent. This is a substantial and statistically significant rate of net confusion.

110. This high rate of net confusion also speaks to the strong position of Hummer's overall shape and design held in the

[52] With past kit car builders removed, 70.9% of the test condition indicated confusion and 20.1% of the control condition indicated confusion resulting in a net confusion of 50.8% immaterially different from the whole sample net confusion rate of 50.4%. Similarly, when potential kit car builders were removed, 70.9% of the test condition indicated confusion and 19.5% of the control condition indicated confusion resulting in a net confusion of 51.4% immaterially different from the whole sample net confusion rate of 50.4%.
[53] With lawyers removed, 71.5% of the test condition indicated confusion and 21.1% of the control condition indicated confusion resulting in a net confusion of 50.4% identical to the whole sample net confusion rate of 50.4%.

minds of the relevant consumer segment. Unaided by brand identifiers or other cues, a vehicle similar in shape and design to the GM Hummer vehicle generated unaided identification of more than 71%. When the functional elements of rugged off-road design are controlled for, the non-functional styling and design elements drive more than 50% of that identification.

111. Exhibit 7 presents all survey responses.

CONCLUSION

112. It is my considered opinion, based on the empirical findings of this survey, my experience, and my education, that there are likely to be substantial levels of confusion among the relevant group of consumers who encounter an Urban Gorilla product. Specifically these data indicate that among potential customers who come into contact with the Urban Gorilla product on the street or in some other context, there will be a substantial number who are likely to be confused or misled by the belief that the Defendant's product is being put out by General Motors or Hummer, is made with the sponsorship or authorization of General Motors or Hummer, or that General Motors or Hummer has a business affiliation with the source of the Urban Gorilla vehicle. This is due to the gestalt impression formed in consumer's minds because of the external elements of the Urban Gorilla--its overall shape and design--that are confusingly similar to the GM Hummer vehicle.

COMPENSATION

113. I am being compensated at the rate of $250 per hour plus expenses.

PREVIOUS TRIAL TESTIMONY

114. Ameritrade International, Inc. vs. HSN Improvements, LLC, in U.S. District Court, District of Utah.

115. I declare under penalty of perjury that the foregoing is true and correct. Executed this 8th day of June, 2007, in Provo, Utah.

Dr. Glenn L. Christensen